

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2025

No. 04-25-00329-CV

**IN RE** Kimberly **FORD** and The Kford Group

Original Proceeding[1]

**ORDER**

Sitting:   Irene Rios, Justice
            Adrian A. Spears II, Justice
            Velia J. Meza, Justice

Relator filed a petition for writ of mandamus on May 22, 2025, requesting this court vacate the respondent's order on requests by rule 172 auditor of auditor fees and associated denial of relator's motion to vacate and/or reconsider. This court has reviewed the arguments of relator, the facts presented, and the applicable law and determined that she is not entitled to the mandamus relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 11, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 12-298, styled *John J. Parker, et al v. Michael Shalit, et al*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.